No. 848. CONTINENTAL CASUALTY CO. *v.* GILLER CONCRETE CO., INC., ET AL. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. T. J. Blackwell* for petitioner.

No. 849. CITY OF MILWAUKEE *v.* CITY OF WEST ALLIS. April 28, 1941. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. Walter J. Mattison* for petitioner. *Messrs. Louis Quarles* and *John C. Doerfer* for respondent.

No. 850. ULM *v.* MOORE-MCCORMACK LINES, INC. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph S. Robinson* for petitioner. *Mr. John C. Crawley* for respondent.

No. 864. ARCADE-SUNSHINE CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. April 28, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Irving G. McCann* and *Alvin L. Newmyer* for petitioner. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Robert B. Watts,* and *Laurence A. Knapp* for respondent.

No. 865. HAFFENREFFER BREWING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Lawrence E. Green* for petitioner. *Solicitor General Biddle, Assistant Attorney*